**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00636-CR

**CEDRIC DERRELL MILLAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

## ORDER

Appellant's April 15, 2013 motion to stay the briefing schedule is **GRANTED**.

We **ORDER** Official Court Reporter Janet L. Dugger to file, within **FIFTEEN** days of the date of this order, either a supplemental reporter's record of the pretrial conference held in this case on April 12, 2013 or else a letter certifying that no such record exists. If Janet L. Dugger fails to comply with this order within the time period specified, we will order that she not sit as a court reporter until the supplemental record or letter described herein is filed.

We **EXTEND** the time to file appellant's brief until **FORTY-FIVE** days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Janet L. Dugger.

/s/     LANA MYERS
        JUSTICE